*In re:*

Reglas de Procedimiento
  Criminal

San Juan, Puerto Rico, a 24 de octubre de 1968

El Tribunal, de conformidad con las disposiciones de la sección 6 del Artículo V de la Constitución del Estado Libre Asociado de Puerto Rico, por la presente adopta las Reglas que se acompañan a esta Resolución enmendatorias de las Reglas 193, 216(b), 216(j) y 217 vigentes, las cuales se remitirán inmediatamente a la Asamblea Legislativa.

El Tribunal considera que la adopción de estas Reglas requiere legislación complementaria para enmendar los incisos (a) y (d) de la sección 14 de la Ley de la Judicatura, 4 L.P.R.A. sec. 37, a los fines de establecer que las sentencias dictadas por el Tribunal Superior en juicios de novo serán revisadas por el Tribunal Supremo mediante apelación y no por *certiorari* como dispone la legislación vigente.[*]

Lo acordó el Tribunal y firma el Señor Juez Presidente.

(Fdo.) Luis Negrón Fernández
*Juez Presidente*

Certifico:

(Fdo.) Joaquín Berríos
  *Secretario*

------

[*] Nota del Compilador: Los incisos (a) y (d) de la Sec. 14 de la Ley de la Judicatura fueron enmendados mediante la Ley Núm. 14 de mayo 30 de 1969.